United States of America                                          Case Number: 3:16-cr-255

   v.

**Alexander Robert McManus**

**CLERK'S MINUTES**
Change of Plea Hearing

| | |
|---|---|
| Honorable Ralph R. Erickson | Date: Monday, 6/12/17 |
| Shelley Giauque, Deputy Clerk | Time: 11:00 AM |
| Digital Recorder: 170612-001 | Recess: 11:45 AM |

***

Appearances:
Attorney for plaintiff:  Jennifer Puhl
Attorney for defendant  Chris Lancaster (FPD)

***

Court calls case and notes appearances.
Court advises of charges, maximum penalties and certain constitutional rights. Defendant understands.

Defendant sworn. Court questions defendant as to competency to proceed.
Age 55, graduated high school and some college, read and write, understands proceedings, understands and communicates with counsel, ADHD (treated last while in high school), a little depression, no drugs/alcohol in last 48 hours, no medications, does experience back pain-not today, mind clear, Court finds defendant competent to proceed.

Court reviews plea agreement and supplement. Defendant understands. Court accepts plea agreement and supplement.
Defendant enters a plea of GUILTY to counts 1, 2 and 3 of the Indictment.
Defendant admits to the forfeiture allegation.
Court finds plea is freely and voluntarily given.

Ms. Puhl provides factual basis. Defendant agrees with explanation. Court finds factual basis adequate to sustain the plea.

Court sets sentencing for Wednesday, September 6, 2017 at 2:30 PM.
Court directs that a PSIR be prepared.

Defendant continued detention.

Recess.

*Upon the completion of the hearing the preliminary order of forfeiture was provided with no objections by the parties.