UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal No. 3:16-cr-255 |
| | ) | |
| vs. | ) | **DEFENDANT'S MOTION TO** |
| | ) | **CONTINUE SENTENCING** |
| ALEXANDER ROBERT MCMANUS, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant Alexander Robert McManus, by his attorney, Assistant Federal Public Defender Christopher J. Lancaster, respectfully moves this Honorable Court for an Order continuing the time now set for sentencing. As grounds for this motion, Defendant states as follows:

1. On October 19, 2016, an indictment was filed charging Defendant with Receipt of Materials Containing Child Pornography and Possession of Materials Containing Child Pornography, in violation of 18 U.S.C. §§ 2252A(a)(2)(A), 2252A(a)(5)(B), 2252A(b)(1), and 2252A(b)(2).

2. On June 12, 2017, Defendant entered a plea of guilty to Count One, Two, and Three of the Indictment. At the conclusion of the change of plea hearing, a sentencing hearing was scheduled for September 6, 2017.

3. Defense counsel and Assistant U.S. Attorney Jennifer Klemetsrud Puhl have entered in to discussions concerning contested issues at sentencing. Ms. Puhl and defense counsel have not been able to complete discussions on those matters, in large part, because of their respective schedules. The case is scheduled for sentencing on September 6, 2017, and defense counsel is currently in trial in the case of *U.S.A. v. Arthur Delong*, Cr. No. 3:16-cr-93.

4. Defense counsel spoke with Assistant U.S. Attorney Jennifer Klemetsrud Puhl about the motion to continue sentencing and Ms. Puhl stated she would agree to a continuance.

5. Alexander Robert McManus, by and through his undersigned counsel requests that the sentencing in this matter be continued to the next available sentencing date.

Dated this 30th day of August, 2017.

Respectfully submitted,

NEIL FULTON
Federal Public Defender
By:

 /s/   *Christopher J. Lancaster*
Christopher J. Lancaster
Assistant Federal Public Defender
Attorney for Defendant
Office of the Federal Public Defender
Districts of South Dakota and North Dakota
Federal Square, Second Floor
112 Roberts Street North, Suite 200
Fargo, ND 58102
Telephone: 701-239-5111
Facsimile:  701-239-5098
filinguser_SDND@fd.org